IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGINALD DENNY TURNER, #158799, )<br>)<br>    Petitioner, )<br>v. )<br>)<br>LOUIS BOYD, *et al.*, )<br>)<br>    Respondents. ) | CASE NO.  2:11-cv-0419-TMH<br>            WO |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The petitioner's objection (Doc. #23) to the Recommendation of the Magistrate Judge filed on November 5, 2013 is overruled;

2.  The Recommendation of the Magistrate Judge (Doc. #22) filed on October 25, 2013 is adopted;

3.   The petition for habeas corpus relief is DENIED and this case is DISMISSED pursuant to 28 U.S.C. § 2244(d).

4.  The costs of this proceeding are taxed against the petitioner.

DONE this the 21st day of November, 2013.

                                                 /s/ Truman M. Hobbs

                                                 TRUMAN M. HOBBS
                                                 SENIOR UNITED STATES DISTRICT JUDGE